No. 68032.—G. A. Westphal Co., Inc., and Gehrig Hoban & Co., Inc., et al. *v.* United States, protests 60/15562, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic paperweights similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiffs was sustained.

No. 68033.—Robert Hall Clothes, Inc. *v.* United States, protest 63/5596 (Philadelphia).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of woven fabrics in chief value of wool and in part of braid similar in all material respects to those the subject of Abstract 67278, the claim of the plaintiff was sustained.